AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CHERIE L. MOORE  
    Plaintiff (s),  
V.  
COSTCO, et al,  
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-4165 JD

Notice is hereby given that, subject to approval by the court, __Niagara Bottling LLC__ substitutes
(Party (s) Name)

__Laura C. Hess__, State Bar No. __198284__ as counsel of record in
(Name of New Attorney)

place of __Michael D. Adams, RUTAN & TUCKER, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      KRING & CHUNG, LLP  
    Address:      38 Corporate Park, Irvine, CA 92606  
    Telephone:      (949) 261-7700      Facsimile (949) 261-8800  
    E-Mail (Optional):      lhess@kringandchung.com

I consent to the above substitution.  
Date: 6/17/2014  
*(Signature of Party (s))* — Niagara Bottling, LLC

I consent to being substituted.  
Date: June 17, 2014  
*(Signature of Former Attorney (s))*

I consent to the above substitution.  
Date: 6/17/2014  
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: July 7, 2014  
*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 38 Corporate Park, Irvine, CA 92606-5105.

On June 18, 2014, I served true copies of the foregoing document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  I Certify that on June 18, 2014, the foregoing documents was served on their counsel of record through the CM/ECF system if they are registered users or, if they are not by, serving a true and correct copy at the addresses listed below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2014, at Irvine, California.

_____
NENA CALOCA



1

F:\6163\0040\POS\MASTER POS.docx

## MOORE v. COSTCO et al.

**K&C CLIENT:** Niagara Bottling, LLC
**CLIENT NO.:** 6163.0040

## SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party(ies) Represented |
|---|---|---|
| Cherie L. Moore<br>1270 Spruce Street<br>Livermore, CA  94551 | (925) 449-4970<br>(925) 449-4970 fax<br><br>Concepts4today@sbcglobal.net | Plaintiff, Pro Se |
| Lisa Jennifer Chin<br>LEE TRAN & LIANG, LLP<br>601 Gateway Blvd., Suite 1010<br>South San Francisco, CA  94080 | (650) 241-2139<br><br>Lisa.chin@ltlattorneys.com | Costco Wholesale Corporation (Defendant) |
| Enoch H. Liang<br>LEE TRAN & LIANG, APLC<br>702 Marshall Street, Suite 411<br>Redwood City, CA  94062 | (650) 241-2138<br>(213) 612-3773 fax<br><br>Enoch.liang@ltlattorneys.com | Costco Wholesale Corporation (Defendant) |
| Carla Beth Oakley<br>MORGAN, LEWIS & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105 | (415) 442-1301<br>(415) 442-1001 (fax)<br><br>coakley@morganlewis.com | The Rite Aid Corporation (Miscellaneous) |
| Stephen Edward Berge<br>Pillsbury Winthrop Shaw<br>  Pittman, LLP<br>P. O. Box 2824<br>San Francisco, CA  94126 | (415) 983-1345<br>(415) 983-1200 fax<br><br>Stephen.berge@pillsburylaw.com | The Kroger Co. (Miscellaneous) |
| Michael David Adams<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA  92626 | (714) 3338-1855<br>(714) 546-9035 fax<br><br>Madams@rutan.com | Niagara Bottling, LLC (Defendant) |



F:\6163\0040\POS\MASTER POS.docx